■ EDNA VELEZ, Appellant, v CITY OF NEW YORK, Respondent. — Order of the Supreme Court, Queens County (Hyman, J.), dated November 27, 1981, affirmed, without costs or disbursements. (See *Faubert v City of New York,* 90 AD2d 509.) Gulotta, J. P., O'Connor, Brown and Boyers, JJ., concur.

■ In the Matter of WAYNE BRANDT, Respondent, v BOARD OF COOPERATIVE EDUCATIONAL SERVICES, THIRD ADVISORY DISTRICT, SUFFOLK COUNTY, Appellant. — Order of the Supreme Court, Nassau County (Levitt, J.), dated April 19, 1982, as amended by an order of the same court, dated May 4, 1982 (upon appeal by permission), affirmed, without costs or disbursements. (See *Matter of Lutwin v Alleyne,* 86 AD2d 670.) Gulotta, J. P., O'Connor, Brown and Boyers, JJ., concur.

■ In the Matter of LARRY MOYE, Appellant, v WILLIAM GARD, as Acting Commissioner of Correctional Services, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Acting Commissioner of Correction which disapproved petitioner's application for furlough and work release, petitioner appeals from a judgment of the Supreme Court, Dutchess County (Aldrich, J.), dated January 5, 1982, which, in effect, dismissed the petition. Appeal dismissed as academic, without costs or disbursements. It appears that petitioner was paroled on October 8, 1982. Mollen, P. J., Damiani, Lazer and Mangano, JJ., concur.